# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                              NO. 4:13CR00096-KGB

CHARLES E. FIELDS                                                            DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

After consultation with the Pretrial Services Office, Defendant Charles E. Fields's conditions of pretrial release are modified, as follows:

Mr. Fields must remove the data package from his cellular phone and provide documentation as required by United States Pretrial Officers. Documentation to this effect must be provided to the United States Probation Office within seven days of the date of this Order.

Mr. Fields may have no more than two devices in his home with internet access, and both are subject to search or monitoring.

Mr. Fields is restricted from using any computer, or device capable of connecting to the internet, unless the device has been pre-approved by a United States Pretrial Officer.

The other conditions of release previously imposed remain in full force and effect.

DATED this 3rd day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE